# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case Number 1:09-cv-40

| | |
|---|---|
| Matt D. Allen ) | |
|     **Plaintiff** ) | |
| ) | |
|     Vs. ) | **ENTRY OF DEFAULT** |
| ) | |
| Werner Enterprises, Inc et al ) | |
|     **Defendant** ) | |
| ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Richard Peters and Suzanne Argetsinger Peters.

IT APPEARING TO THE COURT that the named defendants Richard Peters and Suzanne Argetsinger Peters iIs in default to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendants Richard Peters and Suzanne Argetsinger Peters.

Signed: January 8, 2010

Frank G. Johns, Clerk
United States District Court