IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv40

| | |
|---|---|
| MATT D. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WERNER ENTERPRISES, INC., | ) |
| RICHARD PETERS, and | ) |
| SUZANNE ARGETSINGER | ) |
| PETERS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, DECLARED AND DECREED** that Judgment is hereby entered in favor of Defendant Werner Enterprises, Inc., and that as to Defendant Werner Enterprises, Inc. this action is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs and attorneys' fees.

Signed: November 2, 2010

Martin Reidinger
United States District Judge