IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv40

| | |
|---|---|
| MATT D. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WERNER ENTERPRISES, INC., | ) |
| RICHARD PETERS and | ) |
| SUZANNE ARGETSINGER | ) |
| PETERS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that default judgment is hereby entered against the Defendants Richard Peters and Suzanne Argetsinger Peters, jointly and severally, in the amount of $148,039.71. Pursuant to 28 U.S.C. § 1961, the judgment shall bear interest from the date of judgment until paid.

Signed: January 26, 2011

Martin Reidinger
United States District Judge